IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES HENRY ADUDDLE, | § | |
| TDCJ-CID NO.1191046, | § | |
|     Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-04-2867 |
| | § | |
| FORT BEND COUNTY, *et al.*, | § | |
|     Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

    This is a FINAL JUDGMENT.

    The Clerk will provide a copy to the parties.

    Signed at Houston, Texas, this 21st day of September, 2006.


                                                 MELINDA HARMON
                                                 UNITED STATES DISTRICT JUDGE